George D. Sullivan, for appellant; Austin J. Rigney and Edward J. Hess, of counsel; Cummings & Wyman, and Landis & Landis, for appellees; Austin L. Wyman, Maxwell Landis, and Kurt W. Teuthorn, of counsel. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed January 23, 1950; released for publication February 3, 1950.

Charles G. Bonamer, Appellant, v. Mary Mahanna, Administrator of Estate of Sidney J. Mahanna, also known as Samuel J. Mahanna, Deceased, Appellee.

Gen. No. 44,884.

S. J. Be-Hannesey, for appellant; Louis Dennen, for appellee; Leonard Brody, of counsel. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed January 23, 1950; rehearing denied February 3, 1950; released for publication February 3, 1950.